

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Frederick Williams, Appellant

No. 06-13-00062-CR      v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 42109-B). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect the correct offense for which Williams was convicted as possession of less than one gram of a controlled substance. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Frederick Williams, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 18, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk